FILED
CLERK U.S. DISTRICT COURT
AUG 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN A. FLETCHER,<br><br>        Petitioner,<br><br>    v.<br><br>M. C. KRAMMER, Warden,<br><br>        Respondent. | NO. CV 08-4332-AHM (CT)<br><br>JUDGMENT |

    Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation and Denying Motion to Stay the Proceedings,

    IT IS ADJUDGED that the amended petition is denied and dismissed without prejudice.

DATED: August 18, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

5